| | | | |
|---|---|---|---|
| STEVE HONG | RemoteControl | {AC9856FF-5360-414D-ADA1-F983CA6DAAE3} | |
| 523851345 | TAE HEE KIM | 26-09-2019 04:05:24 | 26-09-2019 04:35:40 |
| STEVE HONG | RemoteControl | {4E0E3136-2BED-43D7-A01B-BBD5933062F8} | |
| 523851345 | TAE HEE KIM | 26-09-2019 11:28:51 | 26-09-2019 11:34:38 |
| STEVE HONG | RemoteControl | {61374210-086B-445C-8A1A-EEB61CF547EF} | |
| 786060731 | TAE HEE KIM | 26-09-2019 20:07:07 | 26-09-2019 20:10:29 |
| STEVE HONG | RemoteControl | {99491AD3-505B-4F05-B7C7-E85D44B14166} | |
| 523851345 | TAE HEE KIM | 26-09-2019 22:43:06 | 27-09-2019 11:36:05 |
| STEVE HONG | RemoteControl | {C7D928B9-AB6A-4F8F-B60C-96362BB85776} | |
| 786060731 | TAE HEE KIM | 27-09-2019 12:33:49 | 27-09-2019 12:42:15 |
| STEVE HONG | RemoteControl | {46FD9A65-C1B3-4F89-B73F-DDC7D6009E65} | |
| 786060731 | TAE HEE KIM | 27-09-2019 12:48:33 | 27-09-2019 12:58:14 |
| STEVE HONG | RemoteControl | {71DCD371-BD1A-4766-815D-C3825DC1F9EA} | |
| 523851345 | TAE HEE KIM | 28-09-2019 04:18:33 | 28-09-2019 04:20:44 |
| STEVE HONG | RemoteControl | {773289A1-D6D5-427D-A8DF-0272BBF6AFB8} | |
| 523851345 | TAE HEE KIM | 29-09-2019 14:53:32 | 29-09-2019 18:04:37 |
| STEVE HONG | RemoteControl | {BCC079AC-C542-4A1F-AE00-667A1D4A7DC8} | |
| 523851345 | TAE HEE KIM | 29-09-2019 18:07:52 | 29-09-2019 21:54:40 |
| STEVE HONG | RemoteControl | {7DF6A188-0C36-454D-91C4-31720F490601} | |
| 523851345 | TAE HEE KIM | 30-09-2019 03:16:26 | 30-09-2019 05:58:46 |
| STEVE HONG | RemoteControl | {3E6D464F-C37B-43E8-9AC0-CDF8A0DAE42D} | |
| 523851345 | TAE HEE KIM | 30-09-2019 11:31:03 | 30-09-2019 12:49:22 |
| STEVE HONG | RemoteControl | {935D9FBB-AE8A-416F-B266-AB87FD867FCC} | |
| 523851345 | TAE HEE KIM | 30-09-2019 23:29:57 | 01-10-2019 03:45:36 |
| STEVE HONG | RemoteControl | {C380BF8D-3E7D-44F5-8448-981388F85266} | |
| 523851345 | TAE HEE KIM | 02-10-2019 02:45:53 | 02-10-2019 05:02:05 |
| STEVE HONG | RemoteControl | {E10E45B1-75A1-4AE9-AFD9-4FBD2594C819} | |
| 523851345 | TAE HEE KIM | 02-10-2019 11:18:15 | 02-10-2019 12:24:26 |
| STEVE HONG | RemoteControl | {434ADF4E-DB86-4835-A929-9049581810B7} | |
| 523851345 | TAE HEE KIM | 02-10-2019 23:47:49 | 03-10-2019 03:33:54 |
| STEVE HONG | RemoteControl | {BAC25C2B-4C5C-46B8-97A0-BB2FA4E0AFCE} | |
| 523851345 | TAE HEE KIM | 03-10-2019 11:36:41 | 03-10-2019 12:05:55 |
| STEVE HONG | RemoteControl | {F4D802B6-3312-4250-9F48-42A3CB2793AF} | |
| 523851345 | TAE HEE KIM | 04-10-2019 01:38:02 | 04-10-2019 04:37:41 |
| STEVE HONG | RemoteControl | {FBACB34B-3BFB-4A84-97D5-78D43540363B} | |
| 523851345 | TAE HEE KIM | 05-10-2019 03:15:38 | 05-10-2019 03:20:12 |
| STEVE HONG | RemoteControl | {E16AE9FB-49AD-4E52-9A0B-0A07EDD50C82} | |
| 523851345 | TAE HEE KIM | 05-10-2019 13:36:29 | 05-10-2019 14:06:26 |
| STEVE HONG | RemoteControl | {AF44D2CC-FDCA-487A-AB44-B1B5E782EB97} | |
| 523851345 | TAE HEE KIM | 05-10-2019 14:21:00 | 05-10-2019 14:21:15 |
| STEVE HONG | RemoteControl | {558464CC-2670-4EDB-BF28-5C2404782BB1} | |
| 523851345 | TAE HEE KIM | 06-10-2019 15:24:17 | 06-10-2019 16:33:03 |
| STEVE HONG | RemoteControl | {A610B7ED-DD40-42B3-BBB3-BBDAA79B45A2} | |
| 523851345 | TAE HEE KIM | 06-10-2019 16:45:26 | 07-10-2019 05:09:44 |
| STEVE HONG | RemoteControl | {2774DDFA-9135-4056-A56B-A8AEA5DBFB8C} | |
| 523851345 | TAE HEE KIM | 07-10-2019 12:34:36 | 07-10-2019 12:52:20 |
| STEVE HONG | RemoteControl | {206D7E84-2AC2-41DF-A013-C4B3F1FFD50E} | |
| 523851345 | TAE HEE KIM | 07-10-2019 12:53:30 | 07-10-2019 12:55:03 |
| STEVE HONG | RemoteControl | {A45F045C-1F44-4D53-B157-945FCB510A6F} | |
| 523851345 | TAE HEE KIM | 08-10-2019 02:10:34 | 08-10-2019 04:11:43 |

| | | | |
|---|---|---|---|
| STEVE HONG | RemoteControl | {B39277E1-588E-4922-9DE0-58E4CE13973C} | |
| 523851345 | TAE HEE KIM | 08-10-2019 11:46:35 | 08-10-2019 12:13:35 |
| STEVE HONG | RemoteControl | {D8F2327B-B866-43FE-A85A-1DC3E5E9C739} | |
| 523851345 | TAE HEE KIM | 08-10-2019 23:55:35 | 09-10-2019 04:21:59 |
| STEVE HONG | RemoteControl | {FCC030A3-1D45-483E-B341-D4B07A674DA9} | |
| 523851345 | TAE HEE KIM | 09-10-2019 11:36:48 | 09-10-2019 12:25:43 |
| STEVE HONG | RemoteControl | {5AFC3906-09F9-4938-BAFA-3508F49A8EFB} | |
| 523851345 | TAE HEE KIM | 09-10-2019 23:14:53 | 10-10-2019 04:20:58 |
| STEVE HONG | RemoteControl | {0B773587-9ACD-4464-831D-C3A2B482A593} | |
| 523851345 | TAE HEE KIM | 10-10-2019 11:44:27 | 10-10-2019 12:00:57 |
| STEVE HONG | RemoteControl | {88F10805-ADBF-44A0-8F2C-DD6A7DEF92AE} | |
| 523851345 | TAE HEE KIM | 11-10-2019 01:15:27 | 11-10-2019 04:01:24 |
| STEVE HONG | RemoteControl | {DF5F36C8-EBF1-4687-8FBD-4CA4D413B522} | |
| 523851345 | TAE HEE KIM | 11-10-2019 11:12:57 | 11-10-2019 11:54:57 |
| STEVE HONG | RemoteControl | {918EDA7F-7717-43A0-B9CC-95239E71C96C} | |
| 523851345 | TAE HEE KIM | 12-10-2019 13:06:11 | 12-10-2019 13:06:27 |
| STEVE HONG | RemoteControl | {8C02D4F3-BE65-461D-9AEC-EEBDD8E14C4B} | |