# Austin Meat Company, Inc.
## A-14 Hunts Point Co-op Market, Bronx, NY  10474
### Credit Dept 718-842-6767  Fax 816 228-9214

October 17, 2019

**To:    Koryeo International Corp**
**Attn:  Credit Department**

We are updating our credit files for the company listed below, and you were furnished as a reference.  We would appreciate it if you would share your experience with us. Information furnished will be kept in strict confidence.  We would gladly reciprocate. Thank you in advance for your prompt response.

Best Regards,

*Betsy A. Reynolds*
Austin Meat Company Inc

Credit Department
Fax 816-228-9214

| | |
|---|---|
| **Company Name** | **Ryan Luck Fish Inc** |
| **Address** | **260 South Summit Avenue** |
| **City State Zip** | **Hackensack NJ 07601** |

HOW LONG SOLD? _____       LAST SALE _____

TERMS_____       HIGH CREDIT  _____

AMOUNT OWING_____       PAST DUE_____

HOW DO THEY PAY? _____       IF SLOW, HOW MANY DAYS?_____

ANY DISPUTES OR RETURN CHECKS_____

COMPLETED BY_____       DATE_____
**Reason for inquiry: Establishing a new account**

514 N 7 Hwy STE C
Blue Springs MO 64014
Phone: 718-542-4401 ex 3271 Fax:  816-228-9214

Case 2:19-cv-21895   Document 5-2   Filed 12/23/19   Page 2 of 4 PageID: 55

To: Koryeo International Corp     Page 1 of 2          2019-10-18 16:06:14 (GMT)          RECEIVED 06/05/2019 09:23PM          18162289214  From: Credit / Sales Dept

# FAX COVER SHEET

| TO | Koryeo International Corp | |
| COMPANY | | |
| FAX NUMBER | 12013569907 | |
| FROM | Credit / Sales Dept | |
| DATE | 2019-10-18 16:05:51 GMT | |
| RE | Trade Reference Request | |

## COVER MESSAGE

# Austin Meat Company, Inc.

### A-14 Hunts Point Co-op Market, Bronx, NY 10474
### Credit Dept 816 228-7090  Fax 816 228-9214

Date:   10/21/19

To:      Koryeo International Corp
Attn:    Credit Dept.

We are updating our credit files for the company listed below, and you were furnished as a
reference.  We would appreciate it if you would share your experience with us.
Information furnished will be kept in strict confidence.  We would gladly reciprocate.
Thank you in advance for your prompt response.

Very truly yours,

*Susan Shoff*

Credit Department
Fax#(816)228-9214

Company name:  219 Jamaica Fish Market Inc.
Address:            219-17 Jamaica Ave.
City, St. & Zip:  Jamaica NY  11428

HOW LONG SOLD? _____ LAST SALE _____

TERMS_____ HIGH CREDIT _____

AMOUNT OWING_____          PAST DUE_____

HOW DO THEY PAY? _____IF SLOW, HOW MANY DAYS?_____

ANY DISPUTES OR RETURN CHECKS:_____

COMPLETED BY:_____ DATE:_____
Reason for inquiry: Establishing new account.

514 N. 7  Hwy  STE C
Blue Springs  Missouri 64014
Phone: 718-542-4401 ext 3276  Fax: 816-228-9214

# FAX COVER SHEET

| TO | | |
|---|---|---|
| COMPANY | | |
| FAX NUMBER | 12013569907 | |
| FROM | Credit / Sales Dept | |
| DATE | 2019-10-21 14:08:29 GMT | |
| RE | Trade Reference Request | |

COVER MESSAGE

Please see included attachment. Thank you in advance for your response.

*Susan Shoff*
*Credit Department*
*Vista Food Exchange – Austin Meat Company*
*718-542-4401 ext. 3276*
*816-228-9214 FAX*