# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Joseph M. Labuda
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 328-8899

December 26, 2019

**VIA ECF**
The Honorable Brian R. Martinotti, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   **RE:** **Koryeo International Corp. v. Tae Hee Kim *et al*.**
      **Case No.: 2:19-CV-21895-BRM-ESK**

Dear Judge Martinotti:

   This firm represents Plaintiff Koryeo International Corp. ("Plaintiff") in the above-referenced matter. Plaintiff respectfully requests that the hearing for Plaintiff's application for an Order to Show Cause, currently scheduled for December 30, 2019 at 10:00 a.m., be adjourned until January 8, 2020, or a date thereafter. Plaintiff also requests an extension of time until January 3, 2020, to serve Defendants personally. The current deadline is today, December 26, 2019 at 5:00 p.m. The reason for the request for an extension is that the undersigned is away and out of the office until January 2, 2020.

   Accordingly, Plaintiff respectfully submits that good cause exists for the Court to grant its request for an adjournment in light of the above-referenced concerns.

   Please do not hesitate to contact me if you have any questions. We thank you for your time, attention, and anticipated courtesies in this matter.

            Respectfully submitted,

            /s/ Joseph M. Labuda
            Joseph M. Labuda, Esq.